People v McGowan (2025 NY Slip Op 03542)

People v McGowan

2025 NY Slip Op 03542

Decided on June 10, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 10, 2025

Before: Manzanet-Daniels, J.P., Friedman, Scarpulla, Shulman, Rosado, JJ. 

Ind. No. 70658/21|Appeal No. 4547|Case No. 2023-04332|

[*1]The People of The State of New York, Respondent,
v
Jared McGowan, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Alec Mivon of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Margaret M. Crookston of counsel), for respondent.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Maxwell T. Wiley, J.), rendered September 07, 2022,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 10, 2025
Counsel for appellant is referred to
§ 606.5, Rules of the Appellate Division,
First Department.